IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent, § | |
| § | |
| v. § | CRIMINAL NO. H-00-0874 |
| § | CIVIL NO. H-05-800 |
| FRANCISCO ORTIZ, § | |
| § | |
| Petitioner. § | |
| § | |

## FINAL JUDGMENT

As Francisco Ortiz's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Civil Document No. 1; Criminal Document No. 53) and Petition for Permission to File Delayed Initial § 2255 (Criminal Document No. 54) have been denied, and Government's Motion for Summary Judgment (Criminal Document No. 58) has been granted, the Court hereby

DISMISSES Francisco Ortiz's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Civil Document No. 1; Criminal Document No. 53) and Petition for Permission to File Delayed Initial § 2255 (Criminal Document No. 54).

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 16th day of June, 2005.

_____
DAVID HITTNER
United States District Judge